113 A.3d 809

**Michael Scott MARKEL, Appellant,**

v.

**Michael C. POTTEIGER, in his Capacity as Chairman of the Pennsylvania Board of Probation and Parole, Appellee.**

Supreme Court of Pennsylvania.

April 27, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of April, 2015, Appellant's "Petition for Leave to File Reply Brief *Nunc Pro Tunc*" is **GRANTED** and the order of the Commonwealth Court is **AFFIRMED.**